Juanita WATSON, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent,

Walsworth Publishing Co., Defendant.

No. WD 59509.

Missouri Court of Appeals, Western District.

Oct. 23, 2001.

James Anderson, Kansas City, MO, for appellant.

Sharon Ann Willis, Mo. Department of Labor & Industrial Relations, Kansas City, MO, for respondent.

Before EDWIN H. SMITH, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Juanita Watson appeals the denial of her claim for unemployment compensation on the grounds that she was terminated from her work and did not quit voluntarily without good cause as found by the Commission.

We have reviewed the briefs of the parties and the record on appeal, and find no

error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).